LNE 11.14.23
JG: USAO# 2023R00597

USDC- BALTIMORE
'23 NOV 16 PM 3:57

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. RDB 23cr 409 |
| v. | (Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g); Unlawful Possession of a Machinegun, U.S.C. § 922(o); Forfeiture, 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c)) |
| TERRY STREET, | |
| Defendant. | |

## INDICTMENT

### COUNT ONE
### (Possession of Firearm and Ammunition by a Prohibited Person)

The Grand Jury for the District of Maryland charges that:

On or about August 12, 2023, in the District of Maryland, the defendant,

**TERRY STREET,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit a Glock 19 9mm handgun bearing serial number BDGN110 and twenty-four rounds of 9mm ammunition. The firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)(1)

## COUNT TWO
### (Unlawful Possession of a Machinegun)

The Grand Jury for the District of Maryland further charges that:

On or about August 12, 2023, in the District of Maryland, the defendant,

## TERRY STREET,

knowingly possessed a machinegun, as that term is defined in 26 U.S.C. §5845(b); that is, a 9 mm caliber Glock 19, bearing serial number BDGN110, equipped with a machinegun conversion device, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

18 U.S.C. § 922(o)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. Rule 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's convictions under Count One or Count Two of this Indictment.

### Firearms and Ammunition Forfeiture

2. Upon conviction of the offense(s) alleged in Count One or Count Two of this Indictment, the defendant,

**TERRY STREET,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offense(s).

### Property Subject to Forfeiture

3. The property to be forfeited includes, but is not limited to, the following:

   a. a 9mm Glock 19 equipped with a machinegun conversion device and bearing serial number BDGN110; and

   b. approximately twenty-four (24) rounds of 9 mm ammunition.

### Substitute Assets

4. If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

        d. has been substantially diminished in value; or

        e. has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*Erek L. Barron* —JG
Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

11/16/23
Date

4